
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/10/11
68

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DOUGLAS C. JONES<br>LA. DOC #126403 | CIVIL ACTION NO. 09-1635 |
| VS. | SECTION P |
| W. KEITH BEDWELL, ET AL. | JUDGE HAIK |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 9th day of May, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE